NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN BLACKWELDER, DOC #032458, )
                                                 )

        Appellant,             )

                                                 )

v.                                     )     Case No. 2D18-1994

                                               )

STATE OF FLORIDA,               )

                                               )

        Appellee.              )

_____ )

Opinion filed September 25, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

John Blackwelder, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

                Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.